Mrs. Edith ROLLANS et al., Petitioners, v. NATIONAL LABOR RELATIONS BOARD et al.

No. 13142.

Circuit Court of Appeals, Eighth Circuit.

Nov. 12, 1945.

Edward L. Wright, of Little Rock, Ark., for petitioners.

Alvin J. Rockwell, Gen. Counsel, National Labor Relations Board, and Malcolm F. Halliday, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for respondent National Labor Relations Board.

Moore, Burrow, Chowning & Hall, of Little Rock, Ark., for respondent Brown Garment Mfg. Co.

Morris J. Levin, of St. Louis, Mo., for respondent International Ladies' Garment Workers' Union, Local 386, affiliated with the American Federation of Labor.

PER CURIAM.

Petition to review decision of Labor Board dismissed at the costs of petitioner but without taxing any costs in favor of the respondents, on motion of petitioners.

J. F. SHUMAN, Appellant, v. UNITED STATES of America, Appellee.

Lorin A. CRANSON, Appellant, v. SAME.

Nos. 10645, 10646.

Circuit Court of Appeals, Ninth Circuit.

Nov. 14, 1945.

Leon de Fremery and Morrison, Hohfeld, Foerster, Shuman & Clark, all of San Francisco, Cal., for appellants.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Frank J. Hennessy, U. S. Atty., of San Francisco, Cal., for appellee.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

Counsel for respective parties having stipulated that the above entitled cause shall abide the final decision in the companion and controlling cause of Lorin A. Cranson v. United States of America, No. 10644, 146 F.2d 871, and it appearing from the files of this Court that this Court on January 24, 1945, rendered its decision affirming the order of the District Court in said controlling cause No. 10644, that a petition for rehearing was denied on February 26, 1945, and that a petition of the Supreme Court of the United States in Case No. 10644 was denied on October 8, 1945, and good cause therefor appearing, it is ordered that a judgment, affirming the judgment of the District Court in each of above causes be forthwith filed in each cause and recorded in the minutes of this Court, and that the mandate of this Court in each cause issue forthwith.

Carl Edmond OWENS v. UNITED STATES DISTRICT COURT FOR DISTRICT OF KANSAS.

No. 3256.

Circuit Court of Appeals, Tenth Circuit.

Nov. 8, 1945.

No appearance for either party.

Before PHILLIPS, BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Application for Leave to file petition for writ of mandamus denied.